## SECOND DEPARTMENT, DECEMBER, 1978

### (December 20, 1978)*

■ A. MAL MALVIN, Respondent, v MARSHA SCHWARTZ et al., Appellants, et al., Defendants.—On the court's own motion, its decision dated November 13, 1978 [65 AD2d 769], is amended by striking from the second (decretal) paragraph thereof the words "entry of the order to be made hereon" and by substituting therefor the following: "service upon appellant's attorney of a copy of the order entered on this decision". Order dated November 13, 1978 entered on said decision amended accordingly. Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.

* Not published with other decisions of December, 1978, 66 AD2d 764. [Rep.